IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Brown, Laurence J | Case Number: 07 B 14519 |
| | Judge: Squires, John H |
| Printed: 2/26/08 | Filed: 8/10/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 19, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 1,152.93 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 1,152.93 |
| Totals: | 1,152.93 | 1,152.93 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Barclays Capital Real Estate | Secured | 0.00 | 0.00 |
| 2. | Barclays Capital Real Estate | Secured | 26,080.82 | 0.00 |
| 3. | AmeriCash Loans, LLC | Unsecured | 100.41 | 0.00 |
| 4. | Nicor Gas | Unsecured | 97.84 | 0.00 |
| 5. | Illinois Dept of Revenue | Unsecured | 23.70 | 0.00 |
| 6. | Chrysler Credit | Unsecured | 524.11 | 0.00 |
| 7. | United States Dept Of Education | Unsecured | 431.96 | 0.00 |
| 8. | Division Of Child Support Enforcement | Priority | | No Claim Filed |
| 9. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 10. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 11. | Capital One | Unsecured | | No Claim Filed |
| 12. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 13. | Direct Loan Servicer | Unsecured | | No Claim Filed |
| 14. | ADT Security Systems | Unsecured | | No Claim Filed |
| 15. | Van Ru Credit Corporation | Unsecured | | No Claim Filed |
| 16. | Park Dansan | Unsecured | | No Claim Filed |
| 17. | Professional Account Management | Unsecured | | No Claim Filed |
| 18. | LVNV Funding | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 27,258.84 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Brown, Laurence J

Printed:  2/26/08

Case Number:  07 B 14519
Judge:  Squires, John H
Filed:  8/10/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

